NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

MAY 22 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KIMOTHY MAURICE WYNN,

No. 18-35089

Plaintiff-Appellant,

D.C. No. 3:17-cv-06012-BHS

v.

STATE OF WASHINGTON, doing business as Gregory Greer,

MEMORANDUM[*]

Defendant-Appellee.

Appeal from the United States District Court
for the Western District of Washington
Benjamin H. Settle, District Judge, Presiding

Submitted May 15, 2018[**]

Before:    SILVERMAN, BEA, and WATFORD, Circuit Judges.

Kimothy Maurice Wynn appeals pro se from the district court's order

dismissing his action for lack of subject matter jurisdiction.  We have jurisdiction

under 28 U.S.C. § 1291.  We review de novo.  *Caroline Cas. Ins. Co. v. Team*

*Equip., Inc.,* 741 F.3d 1082, 1086 (9th Cir. 2014).  We affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

The district court properly dismissed Wynn's complaint because Wynn failed to provide a basis for subject matter jurisdiction.  *See* Fed. R. Civ. P. 12(h)(3) (authorizing sua sponte dismissal for lack of subject matter jurisdiction); *see also* Fed. R. Civ. P. 8(a) (complaint must contain a "short and plain statement" of the grounds for the court's jurisdiction); *Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1116 (9th Cir. 2004) (federal court obligated to determine sua sponte whether it has subject matter jurisdiction).

**AFFIRMED.**